Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Richard P. Dix
Tracy L. Dix**
    Debtor(s)

Bankruptcy Case No.: 13–21372–TPA
Related to Docket No. 98
Chapter: 13
Docket No.: 99 – 98
Concil. Conf.: June 29, 2017 at 09:30 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **June 5, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **June 19, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **June 29, 2017** at **09:30 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: April 19, 2017

cm: All Creditors and Parties In Interest

*/s/ Thomas P. Agresti*
Thomas P. Agresti, Judge
United States Bankruptcy Court

## **INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

        Ronda J. Winnecour, Trustee
        P.O. Box 84051
        Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-21372-TPA
Richard P. Dix                                                        Chapter 13
Tracy L. Dix
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lmar               Page 1 of 2            Date Rcvd: Apr 19, 2017
                              Form ID: 213             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2017.
db/jdb         +Richard P. Dix,    Tracy L. Dix,    1200 Davis Avenue,    Pittsburgh, PA 15212-1930
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13601942       +BMG Music Service,    c/o Trident Asset Management,    PO Box 888424,    Atlanta, GA 30356-0424
13601943       +Carrington Mortgage Services, LLC,    PO Box 54285,    Irvine, CA 92619-4285
13601944       +City & School District of Pittsburgh,    PO Box 747017,    Pittsburgh, PA 15274-7017
13649056       +City and School Ditrict of Pittsburgh,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13652349       +City of Pittsburgh,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13601945       +Columbia House,    c/o Trident,    5755 N. Point Pkwy.,    Suite 12,    Alpharetta, GA 30022-1136
13649055       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13601946       +County of Allegheny,    John K. Weinstein County Treasurer,    PO Box 643385,
                 Pittsburgh, PA 15264-3385
13735056       +Deutsche Bank National Trust Company,    c/o Carrington Mortgage Services, LLC,
                 1610 East Saint Andrew Place, Suite B150,    Santa Ana, CA 92705-4931
13601947       +Jordan Tax Service,    PO Box 200,    Bethel Park, PA 15102-0200
13601948       +National City Bank/PNC,    6750 Miller Road,    Brecksville, OH 44141-3262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Apr 20 2017 01:29:27
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13608721        E-mail/Text: ally@ebn.phinsolutions.com Apr 20 2017 01:26:53        Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
13601941       +E-mail/Text: ally@ebn.phinsolutions.com Apr 20 2017 01:26:53        Ally Financial,
                 PO Box 380901,    Minneapolis, MN 55438-0901
13672509        E-mail/PDF: rmscedi@recoverycorp.com Apr 20 2017 01:29:28       Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13775551        E-mail/Text: cio.bncmail@irs.gov Apr 20 2017 01:27:03        Internal Revenue Service,
                 1000 Liberty Ave, Room 705,    Pittsburgh, PA 15222
13622523        E-mail/Text: blegal@phfa.org Apr 20 2017 01:27:47       PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
13764121        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 20 2017 01:27:24
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13601949       +E-mail/Text: blegal@phfa.org Apr 20 2017 01:27:47       Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
13628903        E-mail/PDF: rmscedi@recoverycorp.com Apr 20 2017 01:29:27
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13601950       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 20 2017 01:29:11       Verizon,
                 c/o Pinnacle Credit Services,    PO Box 640,    Hopkins, MN 55343-0640
13601951       +E-mail/Text: BKRMailOps@weltman.com Apr 20 2017 01:27:52        Weltman, Weinberg & Reis Co., LPA,
                 1400 Koppers Building,    436 Seventh Avenue,    William T. Molczan, Esq.,
                 Pittsburgh, PA 15219-1826
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              City and SD of Pittsburgh
cr              Deutsche Bank National Trust Company, Et Al...
cr              Deutsche Bank National Trust Company, as Indenture
13607477*      +Ally Financial,    PO Box 380901,    Minneapolis, MN 55438-0901
13607478*      +BMG Music Service,    c/o Trident Asset Management,    PO Box 888424,    Atlanta, GA 30356-0424
13607479*      +Carrington Mortgage Services, LLC,    PO Box 54285,    Irvine, CA 92619-4285
13607480*      +City & School District of Pittsburgh,    PO Box 747017,    Pittsburgh, PA 15274-7017
13607481*      +Columbia House,    c/o Trident,    5755 N. Point Pkwy.,    Suite 12,    Alpharetta, GA 30022-1136
13607482*      +County of Allegheny,    John K. Weinstein County Treasurer,    PO Box 643385,
                 Pittsburgh, PA 15264-3385
13607483*      +Jordan Tax Service,    PO Box 200,    Bethel Park, PA 15102-0200
13607484*      +National City Bank/PNC,    6750 Miller Road,    Brecksville, OH 44141-3262
13607485*      +Pennsylvania Housing Finance Agency,    211 North Front Street,    Harrisburg, PA 17101-1406
13607486*      +Verizon,    c/o Pinnacle Credit Services,    PO Box 640,    Hopkins, MN 55343-0640
13607487*      +Weltman, Weinberg & Reis Co., LPA,    1400 Koppers Building,    436 Seventh Avenue,
                 William T. Molczan, Esq.,    Pittsburgh, PA 15219-1826
                                                                                   TOTALS: 4, * 11, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-2          User: lmar               Page 2 of 2           Date Rcvd: Apr 19, 2017
                              Form ID: 213             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 19, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al...
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          David H. Lipow    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
           Trustee, for New Century Home Equity Loan Trust 2005-3 bkecf@milsteadlaw.com,
           dlipow@milsteadlaw.com
          James   Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
           Trustee, for New Century Home Equity Loan Trust 2005-3 bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Scott R. Lowden    on behalf of Joint Debtor Tracy L. Dix niclowlgl@comcast.net
          Scott R. Lowden    on behalf of Plaintiff Richard P. Dix niclowlgl@comcast.net
          Scott R. Lowden    on behalf of Plaintiff Tracy L. Dix niclowlgl@comcast.net
          Scott R. Lowden    on behalf of Debtor Richard P. Dix niclowlgl@comcast.net
                                                                                             TOTAL: 13
```