Form 237

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Richard P. Dix** : | Case No. 13–21372–TPA |
| **Tracy L. Dix** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| Deutsche Bank National Trust Company, as : | |
| Indenture Trustee, for New Century Home Equity : | Related to Claim No. 7 |
| Loan Trust 2005–3 : | |
| *Movant,* : | |
| : | |
| v. : | |
| Richard P. Dix, : | |
| Tracy L. Dix and : | |
| Ronda J. Winnecour, Esq., Trustee : | |
| *Respondent.* : | |

## ORDER

**AND NOW**, this **20th day of April, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005–3* at Claim No. 7 in the above–captioned bankruptcy case,

It is hereby **ORDERED** that *on or before twenty–one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1)   an *AMENDED CHAPTER 13 PLAN;*

(2)   a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3)   an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self–schedule a hearing on the matter pursuant to the Court's procedures.

*The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Richard P. Dix  
Tracy L. Dix  
     Debtors

Case No. 13-21372-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dkam    Page 1 of 1    Date Rcvd: Apr 20, 2017  
                      Form ID: 237    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2017.  
db/jdb      +Richard P. Dix,    Tracy L. Dix,    1200 Davis Avenue,    Pittsburgh, PA 15212-1930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2017                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2017 at the address(es) listed below:

          Andrew F Gornall    on behalf of Creditor   Deutsche Bank National Trust Company, Et Al...  
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
          David H. Lipow    on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-3 bkecf@milsteadlaw.com,  
           dlipow@milsteadlaw.com  
          James Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-3 bkgroup@kmllawgroup.com  
          Jeffrey R. Hunt    on behalf of Creditor   City and SD of Pittsburgh jhunt@grblaw.com,   cnoroski@grblaw.com  
          Jeffrey R. Hunt    on behalf of Creditor   Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
          S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
          Scott R. Lowden    on behalf of Plaintiff Richard P. Dix niclowlgl@comcast.net  
          Scott R. Lowden    on behalf of Plaintiff Tracy L. Dix niclowlgl@comcast.net  
          Scott R. Lowden    on behalf of Debtor Richard P. Dix niclowlgl@comcast.net  
          Scott R. Lowden    on behalf of Joint Debtor Tracy L. Dix niclowlgl@comcast.net  
                                                                                                                                                                 TOTAL: 13