Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Richard P. Dix** | : | Case No. 13–21372–TPA |
| **Tracy L. Dix** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | Per Doc No. 98 and 99 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **20th day of June, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above–captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 13-21372-TPA
Richard P. Dix                                                                      Chapter 13
Tracy L. Dix
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lmar              Page 1 of 2          Date Rcvd: Jun 20, 2017
                              Form ID: 309            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2017.
db/jdb         +Richard P. Dix,    Tracy L. Dix,    1200 Davis Avenue,    Pittsburgh, PA 15212-1930
cr              Duquesne Light Company,   c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13601942       +BMG Music Service,    c/o Trident Asset Management,    PO Box 888424,    Atlanta, GA 30356-0424
13601943       +Carrington Mortgage Services, LLC,    PO Box 54285,    Irvine, CA 92619-4285
13601944       +City & School District of Pittsburgh,    PO Box 747017,    Pittsburgh, PA 15274-7017
13649056       +City and School Ditrict of Pittsburgh,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13652349       +City of Pittsburgh,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13601945       +Columbia House,    c/o Trident,    5755 N. Point Pkwy.,    Suite 12,   Alpharetta, GA 30022-1136
13649055       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13601946       +County of Allegheny,    John K. Weinstein County Treasurer,    PO Box 643385,
                 Pittsburgh, PA 15264-3385
13735056       +Deutsche Bank National Trust Company,    c/o Carrington Mortgage Services, LLC,
                 1610 East Saint Andrew Place, Suite B150,    Santa Ana, CA 92705-4931
13601947       +Jordan Tax Service,    PO Box 200,    Bethel Park, PA 15102-0200
13601948       +National City Bank/PNC,    6750 Miller Road,    Brecksville, OH 44141-3262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: RECOVERYCORP.COM Jun 21 2017 00:43:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,   Suite 1120,   Miami, FL 33131-1605
13608721        EDI: GMACFS.COM Jun 21 2017 00:43:00      Ally Financial,    PO Box 130424,
                 Roseville, MN 55113-0004
13601941       +EDI: GMACFS.COM Jun 21 2017 00:43:00      Ally Financial,    PO Box 380901,
                 Minneapolis, MN 55438-0901
13672509        EDI: RECOVERYCORP.COM Jun 21 2017 00:43:00      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13775551        EDI: IRS.COM Jun 21 2017 00:43:00      Internal Revenue Service,    1000 Liberty Ave, Room 705,
                 Pittsburgh, PA 15222
13622523        E-mail/Text: blegal@phfa.org Jun 21 2017 00:54:40      PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,   HARRISBURG, PA 17105
13764121        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 21 2017 00:54:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
13601949       +E-mail/Text: blegal@phfa.org Jun 21 2017 00:54:40      Pennsylvania Housing Finance Agency,
                 211 North Front Street,   Harrisburg, PA 17101-1406
13628903        EDI: RECOVERYCORP.COM Jun 21 2017 00:43:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13601950       +EDI: RESURGENT.COM Jun 21 2017 00:43:00      Verizon,    c/o Pinnacle Credit Services,
                 PO Box 640,   Hopkins, MN 55343-0640
13601951       +E-mail/Text: BKRMailOps@weltman.com Jun 21 2017 00:54:46      Weltman, Weinberg & Reis Co., LPA,
                 1400 Koppers Building,   436 Seventh Avenue,    William T. Molczan, Esq.,
                 Pittsburgh, PA 15219-1826
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              City and SD of Pittsburgh
cr              Deutsche Bank National Trust Company, Et Al...
cr              Deutsche Bank National Trust Company, as Indenture
13607477*      +Ally Financial,    PO Box 380901,    Minneapolis, MN 55438-0901
13607478*      +BMG Music Service,    c/o Trident Asset Management,    PO Box 888424,   Atlanta, GA 30356-0424
13607479*      +Carrington Mortgage Services, LLC,    PO Box 54285,    Irvine, CA 92619-4285
13607480*      +City & School District of Pittsburgh,    PO Box 747017,    Pittsburgh, PA 15274-7017
13607481*      +Columbia House,    c/o Trident,    5755 N. Point Pkwy.,    Suite 12,   Alpharetta, GA 30022-1136
13607482*      +County of Allegheny,    John K. Weinstein County Treasurer,    PO Box 643385,
                 Pittsburgh, PA 15264-3385
13607483*      +Jordan Tax Service,    PO Box 200,    Bethel Park, PA 15102-0200
13607484*      +National City Bank/PNC,    6750 Miller Road,    Brecksville, OH 44141-3262
13607485*      +Pennsylvania Housing Finance Agency,    211 North Front Street,    Harrisburg, PA 17101-1406
13607486*      +Verizon,   c/o Pinnacle Credit Services,    PO Box 640,    Hopkins, MN 55343-0640
13607487*      +Weltman, Weinberg & Reis Co., LPA,    1400 Koppers Building,    436 Seventh Avenue,
                 William T. Molczan, Esq.,    Pittsburgh, PA 15219-1826
                                                                                   TOTALS: 4, * 11, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: lmar                Page 2 of 2              Date Rcvd: Jun 20, 2017
                              Form ID: 309              Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David H. Lipow    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
               Trustee, for New Century Home Equity Loan Trust 2005-3 bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
              James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
               Trustee, for New Century Home Equity Loan Trust 2005-3 bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Scott R. Lowden    on behalf of Joint Debtor Tracy L. Dix niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Plaintiff Richard P. Dix niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Plaintiff Tracy L. Dix niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Debtor Richard P. Dix niclowlgl@comcast.net
                                                                                             TOTAL: 13
```