**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

RICHARD P. DIX
TRACY L. DIX
    Debtor(s)

Case No.:13-21372 TPA

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/29/2013 and confirmed on 05/31/2013. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 81,642.86 |
| Less Refunds to Debtor | 1,764.54 | |
| TOTAL AMOUNT OF PLAN FUND | | 79,878.32 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 7,388.71 | |
|   Trustee Fee | 2,993.42 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,382.13 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| DEUTSCHE BANK NTC - TRUSTEE CARRIN | 0.00 | 49,755.74 | 0.00 | 49,755.74 |
|   Acct: 6901 | | | | |
| DEUTSCHE BANK NTC - TRUSTEE CARRIN | 17,600.65 | 7,006.01 | 0.00 | 7,006.01 |
|   Acct: 6901 | | | | |
| CITY & SCHOOL DIST OF PITTSBURGH (RE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXX1-13 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXX: 12 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXX1,13 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXX INT | | | | |
| CITY & SCHOOL DIST OF PITTSBURGH (RE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXX INT | | | | |
| CITY OF PITTSBURGH (RE-LIBRARY) | 20.85 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXX6;12 | | | | |
| CITY OF PITTSBURGH (RE-LIBRARY) | 2.09 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXX INT | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| ALLY FINANCIAL(*)  Acct: 6467 | 11,013.62 | 11,013.62 | 1,405.42 | 12,419.04 |
| PHFA(*)  Acct: XXXXXXXX8697 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 69,180.79 |
| **Priority** | | | | |
| SCOTT R LOWDEN ESQ**  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RICHARD P. DIX  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RICHARD P. DIX  Acct: | 1,764.54 | 1,764.54 | 0.00 | 0.00 |
| NICOTERO & LOWDEN PC  Acct: | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
| SCOTT R LOWDEN ESQ**  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NICOTERO & LOWDEN PC  Acct: XXXXXXXXXXXXXXXXXXXXXXXX4-14 | 1,837.11 | 1,837.11 | 0.00 | 0.00 |
| NICOTERO & LOWDEN PC  Acct: XXXXXXXXXXXXXXXXXXXXXXXX1-16 | 3,043.81 | 2,851.60 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*  Acct: XXXXX01AN | 1,052.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*  Acct: 6901 | 639.95 | 0.00 | 0.00 | 0.00 |
| JORDAN TAX SERVICE INC  Acct: XXXXXXXXXXXXXX2012 | 71.00 | 0.00 | 0.00 | 0.00 |
| CITY & SCHOOL DIST OF PITTSBURGH (RE  Acct: XXXXXXXXX2015 | 2,114.48 | 158.45 | 156.95 | 315.40 |
| | | | | 315.40 |
| **Unsecured** | | | | |
| PNC BANK FORMERLY NATIONAL CITY BA  Acct: XXXXXXXXXXXXXXXXXXXURGH | 0.00 | 0.00 | 0.00 | 0.00 |
| PHFA(*)  Acct: XXXXXXXX8697 | 13,756.51 | 0.00 | 0.00 | 0.00 |
| TRIDENT ASSET MGMT++  Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| TRIDENT ASSET MGMT++  Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL RECOVERY V LLC  Acct: 0001 | 797.08 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*  Acct: XXXXX01AN | 16.42 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*  Acct: 6901 | 22.01 | 0.00 | 0.00 | 0.00 |
| BERNSTEIN-BURKLEY PC (FORMERLY FO  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| S JAMES WALLACE ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO INVESTMENTS II LLC  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                                                    69,496.19

TOTAL CLAIMED
PRIORITY         3,877.43
SECURED         28,637.21
UNSECURED       14,592.02

Date: 08/23/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com